_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

**JAN 1 0 2019**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

HO JUN JIA,
  a/k/a, Matthew Ho,
  a/k/a, "Prefinity,"
  a/k/a, "Ethereum Vendor,"

        Defendant.

NO. **CR19-007** JLR

ORDER ISSUING BENCH WARRANT

An Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that a Bench Warrant shall be issued and conditions of release shall be fixed at time of initial appearance in this case.

DATED this 10th day of January, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

**SECRET: YES ___XX___ NO _____**

ORDER ISSUING BENCH WARRANT – 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970