Honorable Mary Alice Theiler

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HO JUN JIA,<br>　a/k/a, "Matthew Ho," *et al.*,<br><br>　　　　　Defendant. | NO.   CR19-007JLR<br><br>ORDER UNSEALING COURT DOCKET |

　　　Having reviewed the United States' Motion to Unseal Court Docket and the records and files in the above-captioned matter, the Court finds that the circumstances are as set forth in said motion and the request to unseal the court dockets is hereby GRANTED.

　　　Accordingly,

　　　IT IS HEREBY ORDERED that the Clerk of the Court shall unseal the docket in the above-captioned matter, *United States v. Ho Jun Jia*, CR19-007JLR.

//

//

ORDER UNSEALING - 1
*United States v. Ho* (CR19-007JLR)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   IT IS FURTHER ORDERED that the records on file in the above-captioned
2   matters that are otherwise subject to separately filed sealing orders, if any, shall remain
3   under seal.
4   SO ORDERED.

6   Dated this ___9___ day of October, 2019.

HON. MARY ALICE THEILER
United States Magistrate Judge

13  Presented by:

14  *s/ Steven T. Masada*
15  STEVEN T. MASADA
    Assistant United States Attorney

ORDER UNSEALING - 2
*United States v. Ho* (CR19-007JLR)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970