The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>HO JUN JIA,<br>  a/k/a Matthew Ho,<br>  a/k/a "Prefinity,"<br>  a/k/a "Ethereum Vendor,"<br><br>Defendant. | NO. CR19-007 JLR<br><br>**ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE** |

This matter comes before the Court upon the notice of the United States for leave to dismiss all pending charges in this matter as to fugitive defendant HO JUN JIA.

IT IS HEREBY ORDERED:

All pending counts in the above-captioned case against the above-captioned defendant are dismissed, without prejudice.

//

Order Dismissing Indictment - 1
*United States v. Ho Jun Jia* / CR 19-007 JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The outstanding warrant shall be quashed.

IT IS SO ORDERED.

DATED this 12th day of October, 2022.

The Honorable James L. Robart
U.S District Court Judge

Presented by:

*s/ Jessica M. Manca*
JESSICA M. MANCA
Assistant United States Attorney

Order Dismissing Indictment - 2
*United States v. Ho Jun Jia* / CR 19-007 JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970